UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE WINFREY,

Plaintiff,

-against-

BOOMPLAY MUSIC; TRANSNET MUSIC
LIMITED; ZHAOJIAN ZHU; TRANSSION
HOLDINGS CO. LTD.,

Defendants.

26 CIVIL 02248 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 23, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:    March 25, 2026

New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge